UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JEFFREY ALLEN ROWE, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:05cv0364 AS |
| | ) | |
| CECIL DAVIS, Superintendent, | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM OPINION AND ORDER*

On or about June 15, 2005, *pro se* petitioner, Jeffrey Allen Rowe, an inmate at the

Indiana State Prison in Michigan City, Indiana (ISP), filed a petition seeking relief under 28

U.S.C. §2254.  The Response filed on behalf of the respondent by the Attorney General of

Indiana on October 7, 2005, demonstrates the necessary compliance with *Lewis v. Faulkner*,

689 F.2d 100 (7th Cir. 1982).

The petitioner is a convicted felon serving a sentence imposed by a court in the State

of Indiana.  At the time of the filing of this petition he was incarcerated in the ISP in this

district.  He was the subject of a prison disciplinary proceeding n which he was found guilty

of possessing tattooing paraphernalia.  The sanction included a 60-day credit time

deprivation, which implicates *Wolff v. McDonnell*, 418 U.S. 539 (1974).  The proceeding

was designated as ISP 05-03-0232.  There has been compliance here with the procedural

demands of *Wolff*, and the evidence here is sufficient under *Superintendent, Mass. Corr.

Institution at Walpole v. Hill*, 472 U.S. 445 (1985), and under the "some evidence" test

applicable in this circuit.  *See Webb v. Anderson*, 224 F.3d 649 (7th Cir.), *cert. denied*, 531 U.S. 999 (2000), *McPherson v. McBride*, 188 F.3d 784 (7th Cir. 1999), and *Meeks v. McBride,* 81 F.3d 717 (7th Cir. 1996).

The video in question was in fact reviewed by the CAB.  The prisoner does not necessarily have a right to review those tapes. *See Hoskins v. McBride*, 202 F.Supp. 2d 839 (N.D. Ind. 2002).  So-called physical evidence is not absolutely necessary at the hearing. *See Hays v. McBride*, 965 F. Supp. 1186 (N. D. Ind. 1997).  This petitioner has not sustained his burden to show an entitlement to relief under 28 U.S.C. §2254, and such petition is now therefore **DENIED**.  **IT IS SO ORDERED**.

**DATED:**  November 15, 2005

                                  **S/ ALLEN SHARP**
                         **ALLEN SHARP, JUDGE**
                         **UNITED STATES DISTRICT COURT**